# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 21-0010WRP | January 5, 2021  8:44 AM | WITHIN SUBJECT PARCEL |

Inventory made in the presence of:
STACIE JO STANLEY

Inventory of the property taken and name of any person(s) seized:

2.85lbs (2) Whole Fresh Avocado

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
> Jan 05, 2021, 9:30 am
> Michelle Rynne, Clerk of Court

lrs

FORWARDED:

filter
bungee cord
1 golf ball
2 hats
1 box of chocolates

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/5/2021

*Executing officer's signature*

Roxana J. Alanis, PPQ Officer
*Printed name and title*

AO 93   (Rev. 12/09) Search and Seizure Warrant

**ORIGINAL**

## UNITED STATES DISTRICT COURT
for the
District of Hawaii

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Multicolored cardboard parcel weighing 4.70 pounds. Package further Identified by a red-inked numeral 19659 which is 1.25 inches in length.

Case No.: 21-0010WRP

### SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Honolulu__ District of __Hawaii__
*(identify the person or describe the property to be searched and give its location)*:

The property described above, is in the U.S. Post Office building located at 3600 Aolele Street, Honolulu, HI 96820.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

(1) Fresh fruits, (2) fresh vegetables, (3) live plants and parts thereof, (4) seeds and seed pods through the United States mails, possessed in violation of Title 7, United States Code, Sections 7701 et. seq. and evidence of said violations.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   __1/18/2020__
*(not to exceed 14 days)*

☒   in the daytime 6:00 a.m. to 10 p.m.
☐   at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.
The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

__See Below__
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C.§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until the facts justifying, the later specific date of _____.

Date and time issued:   1/5/2021   8:19 AM

City and State:   Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge